UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

JENNIFER GRAESSER,

                              Plaintiff,

         -vs-                         **Case No. 12-CV-115**

WINDHAM PROFESSIONALS, INC.,

                              Defendant.

―――――――――――――――――――――――――――

## STIPULATION TO EXTEND TIME TO ANSWER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the time for Defendant to answer the above-entitled action be extended to June 8, 2012.

DATED: May 25, 2012                     DATED: May 25, 2012


/s/: Seth Andrews                  /s/: Glenn M. Fjermedal
Seth Andrews, Esq.                 Glenn M. Fjermedal, Esq.
Law Offices of Kenneth Hiller        Davidson Fink LLP
6000 North Bailey Avenue, Suite 1A   28 East Main Street, Suite 1700
Amherst, NY 14226               Rochester, NY 14614
Telephone: (716) 564-3288        Telephone: (585) 546-6448


Attorney for Plaintiff              Attorney for Defendant