UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JENNIFER GRAESSER

          Plaintiff,

v.

WINDHAM PROFESSIONALS, INC.

          Defendant.

Civil Action No. 12-CV-0115

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Graesser, hereby voluntarily dismisses this action against Defendant Windham Professionals, Inc., with prejudice.

DATED: July 12, ~~June 29,~~ 2012

_/s/ Seth J. Andrews_
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884